IN THE COURT OF CRIMINAL APPEALS


OF TEXAS


 


SHERRY LYNN SMITH

VS. CAUSE NUMBER PD-0298-09

THE STATE OF TEXAS

ORDER

 The above styled and numbered cause is before this Court on State's petition for
discretionary review from Appellant's capital murder conviction in Cause No. 15,021 in the 278th
District Court of Grimes county.

 The Court is of the opinion that State's Exhibits Nos. 1 & 2 (audio tapes), 194 & 195
(video tapes), 203-A, 203-B & 203-C (compact disks), 204-A, 204-B & 204-C (compact disks),
251 & 252 (cassette recording) should be inspected. Pursuant to Tex. R. App. 34.6(g)(2), the
District Clerk of Grimes County is ordered to file the Exhibits with the Clerk of this Court on or
before the 22nd day of October, 2010.

 IT IS SO ORDERED THIS THE 12th DAY OF OCTOBER, 2010


PER CURIAM


EN BANC

DO NOT PUBLISH